UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTINA SCHIPPERS, as Personal
Representative of the Estate of RICHARD
SCHIPPERS, deceased,,

    Plaintiff,

v.                                                        Case No. 5:11-cv-163-Oc-37TBS

UNITED STATES OF AMERICA,

    Defendant.
_____/

REBA Y. MAZAK, as Personal Representative
of the Estate of Paul M. Mazak, II, deceased,

    Plaintiff,

v.                                                        Case No. 5:11-cv-275-Oc-37TBS

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

Pending before the Court are plaintiff, Reba Y. Mazak, as Personal Representative of the Estate of Paul M. Mazak, II's ("Mazak") Unopposed Motion of Plaintiff Mazak to Extend Time for Disclosure of Expert Economist Report (Doc. No. 86) and Plaintiffs, Denise Schippers and Sharon Cox-Estep's Joinder in Plaintiff Reba Y. Mazak, as Personal Representative of the Estate of Paul M. Mazak, II's Unopposed Motion to Extend Time for Disclosure of Expert Economist Report (Doc. 87).

Pursuant to Local Rule 3.01(g), counsel for Mazak represents that the defendant's attorney has been contacted and has no objection to the requested extension of time. Upon due consideration, Mazak's motion is hereby GRANTED and the deadline for disclosure of Mazak's expert economist's report is extended to an including Monday, December 5, 2011.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on November 30, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel