UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTINA SCHIPPERS, as Personal
Representative of the Estate of RICHARD
SCHIPPERS, deceased,,

    Plaintiff,

v.                              Case No.  5:11-cv-163-Oc-37TBS

UNITED STATES OF AMERICA,

    Defendant.
_____/

REBA Y. MAZAK, as Personal Representative
of the Estate of Paul M. Mazak, II, deceased,

    Plaintiff,

v.                              Case No. 5:11-cv-275-Oc-37TBS

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

On November 29, 2011, the District Judge resolved the choice of law question in this case (Doc. 88).  Now, with the benefit of that decision, the undersigned is prepared to rule on the Defendant's Motion to Compel (Doc. 78).  Because one of the defendant's arguments is that the agreement settling the claims of the Estates of Richard and Shane Schippers against the Estate of Paul Mazak may contain a release of the pending claims against the defendant it will be necessary for this Court to make an in camera review of the settlement agreement.  Therefore, counsel for

plaintiffs shall submit the settlement agreement to the undersigned for in camera review within ten days from the rendition of this Order.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on December 2, 2011.

                                          THOMAS B. SMITH
                                          United States Magistrate Judge

Copies to all Counsel