UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTINA SCHIPPERS, as Personal
Representative of the Estate of RICHARD
SCHIPPERS, deceased,,

    Plaintiff,

v.        Case No. 5:11-cv-163-Oc-37TBS

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

Pending before the Court is the parties' Joint Motion for Ninety Day Extension to File Joint Motion for Dismissal (Doc. 106).

Upon due consideration, the motion is GRANTED. The deadline established in paragraph 2 of this Court's April 23, 2012 Order (Doc. 104), is hereby extended through September 24, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 22, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel